UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEST BRANDS CONSUMER PRODUCTS, INC. AND BEST BRANDS SALES COMPANY, LLC, | Civil Action No. |
| Plaintiffs, | (JURY TRIAL DEMANDED) |
| v. | |
| KITCHINVENTIONS, LLC, | |
| Defendant. | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9], counsel for Plaintiffs Best Brands Consumer Products Inc., and Best Brands Sales Company, LLC both private nongovernmental parties, hereby identify any parent corporations and any publicly held corporations that own 10% or more of Plaintiffs' stock:

There is no such corporation.

Dated: November 16, 2021                    /s/ Lee A. Goldberg

Lee A. Goldberg
Morris E. Cohen
Limor Wigder
GOLDBERG COHEN LLP
1350 Avenue of the Americas, 3rd Floor
New York, New York 10019
(646) 380-2087 (phone)
(646) 514-2123 (fax)
LGoldberg@GoldbergCohen.com
MCohen@GoldbergCohen.com
LWigder@GoldbergCohen.com