UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEST BRANDS CONSUMER PRODUCTS, INC. AND BEST BRANDS SALES COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>KITCHINVENTIONS, LLC,<br><br>Defendant. | Civil Action No. 21-cv-20023-JMV<br><br>(JURY TRIAL DEMANDED) |

**DECLARATION OF SERVICE OF PROCESS
ON DEFENDANT KITCHINVENTIONS, LLC**

I, Lee Goldberg, an attorney with Goldberg Cohen LLP ("GC"), counsel to Plaintiff, declare the following under penalty of perjury:

1. Plaintiff hereby submits this attached proof of service.

2. Defendant Kitchinventions, LLC was served in this matter, as set forth below.

3. Plaintiff's process server effected service of process on Defendant located at 11 East Riverside Drive, Unit B, Jupiter, FL 33469. The process server served Derek T. Monk personally on December 29, 2021.

4. More specifically, Plaintiff's process server served a set of documents containing copies of the following:

   a. Summons in a Civil Action;

   b. Complaint;

   c. Corporate Disclosure Statement;

        d.        Report on the Filing or Determination of an Action Regarding a Patent or Trademark;

5.        Plaintiff is filing this declaration as well as a notarized Affidavit of Service from its process server.

6.        I hereby certify and affirm that all of the facts herein are true based upon my personal knowledge, or are believed to be true to the best of my knowledge, and certify the truth of these statements under penalty of perjury.

Dated: December 30, 2021                      */s/ Lee A. Goldberg*

                                                            Lee A. Goldberg

## CERTIFICATE OF SERVICE

      I hereby certify that on December 30, 2021, a true and correct copy of the foregoing document was served via the Court's ECF system on counsel of record in this action.

Dated: December 30, 2021                */s/ Lee A. Goldberg*
                                                  Lee A. Goldberg

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BEST BRANDS CONSUMER PRODUCTS, INC. AND BEST BRANDS SALES COMPANY, LLC,

CASE NO. : 2:21-CV-20023-JMV-MAH

VS

*Plaintiff*

KITCHINVENTIONS, LLC,

*Defendant*

## AFFIDAVIT OF SERVICE

State of Florida }
County of Palm Beach }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Florida.

That on **12/29/2021** at **10:15 AM** at **11 East Riverside Drive, Unit B, Jupiter, FL 33469**

deponent served a(n) **Summons in a Civil Action, Complaint, Corporate Disclosure Statement, and Report on the Filing or Determination of an Action Regarding a Patent or Trademark**

on **Kitchinventions, LLC**, a domestic limited liability company,

by delivering thereat a true copy of each to **Derek T. Monk** personally,

deponent knew said limited liability company so served to be the limited liability company described in said documents as said defendant and knew said individual to be **Registered Agent** thereof.

Description of Person Served:
Gender : Male
Skin : White
Hair : Black
Age : 28 - 40 Yrs.
Height : 5' 9" - 6' 0"
Weight :150-170 Lbs.

Subscribed and Sworn to before me on the 30th day of December, 2021 by the affiant,
✓ who is personally known to me or
___ provided a Driver's License or other identification.

I.D. Type _____

NOTARY PUBLIC

AMY L MITCHELL
Commission # GG 180399
Expires March 23, 2022
Bonded Thru Budget Notary Services

Paul Scholtes
License No.CPS-210