UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEST BRANDS CONSUMER PRODUCTS INC., and BEST BRANDS SALES COMPANY, LLC,<br><br>    Plaintiffs and<br>    Counter-Defendants,<br><br>--------- vs. --------<br><br>KITCHINVENTIONS, LLC,<br><br>    Defendant/<br>    Third-Party Plaintiff,<br><br>--------- vs. ---------<br><br>WALMART INC.,<br><br>    Third Party Defendant. | Civil Action No. 21-cv-20023 (EP) (JRA)<br><br><br>**SECOND AMENDED<br>SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of the parties' agreement, and for good cause shown:

1. The parties shall file and serve their opening Markman submissions on the U.S. D886,547 ("the '547 Patent") pursuant to L. Pat. R. 4.5(d) on or before **December 14, 2022.**

2. The parties shall file and serve their responding Markman submissions on the '547 Patent pursuant to L. Pat. R. 4.5(d) on or before **January 25, 2023.**

_____
JOSÉ R. ALMONTE
UNITED STATES MAGISTRATE JUDGE