

December 1, 2022

**Via ECF**
Allyn Z. Lite, Esq.
Clerk of the Court
United States District Court
District of New Jersey
50 Walnut Street Room 4015
Newark, NJ 07101

      Re:    Best Brands Consumer Products Inc. et al v. Kitchinventions, LLC
              Civil Action No. 21-cv-20023-JMV

Dear Mr. Lite:

      We represent Plaintiff Best Brands Consumer Products Inc. and Best Brands Sales Company, LLC ("Best Brands") in the above matter.  Defendant Kitchinventions, LLC ("KI") has recently filed a Motion To Dismiss The Second Amended Complaint [ECF 84 and 85]. (Dkt. 100)  The motion date is currently set for December 19, 2022 before Judge Evelyn Padin. Under Local Rule 7.1(d)((5), Best Brands respectfully requests that the motion date be adjourned to the following motion date of January 3, 2023.  The originally noticed motion day has not previously been extended or adjourned.  This letter is being filed prior to the date on which Best Brands' opposition papers would have been due (December 5, 2022).

      We thank the Clerk for its attention to this matter.

SO ORDERED:

_/s/ José R. Almonte_ (signature)
_____
Hon. José R. Almonte
United States Magistrate Judge
December 8, 2022

Respectfully submitted,

*/s/ Lee A. Goldberg*

Lee A. Goldberg

cc:    Griffin C. Klema (via ECF)
        Linda Biruta Alle-Murphy (via ECF)