

Access the law℠

Griffin C. Klema
Attorney at Law

420 W. KENNEDY BOULEVARD, TAMPA, FLORIDA 33606
PO BOX 172381 TAMPA, FLORIDA 33672
202-713-5292    Griffin@KlemaLaw.com

February 28, 2023

VIA ECF

The Honorable Jose R. Almonte
United States Magistrate Judge
U.S. District Court for the District of New Jersey
50 Walnut Street, Room 4015
Newark, NJ 07101

**RE: Joint status letter pursuant to ECF 79**
Style:    *Best Brands Consumer Products Inc. v. Kitchinventions, LLC*

Dear Judge Almonte,

Defendant, Counter-Plaintiff, and patentee, Kitchinventions, LLC, together with Plaintiffs and Counter-Defendants Best Brands Consumer Products Inc., and Best Brands Sales Company LLC ("Best Brands") write concerning a joint letter summarizing the status of the case scheduled for today, February 28, 2023, and a status conference scheduled for March 7, 2023, referred to in Your Honor's November 1, 2022 Order [ECF 79].

In light of Your Honor's subsequent orders on January 19, 2023, January 20, 2023, and February 28, 2023, concerning discovery and Markman briefs [ECF 117, 118 and 119], it appears that the November 1, 2022, Order may be moot. The parties believe efficiency would be well-served by adjourning the date, and allowing them to proceed in view of the Court's latest order.

The parties thank the Court for its attention to this matter.

Respectfully,
/Griffin Klema/
Griffin C. Klema, Esq.
for the firm

cc: Lee Goldberg, Esq. Lgoldberg@goldbergcohen.com; Morris E. Cohen, Esq. Mcohen@goldbergcohen.com; Limor Wigder, Esq. LWigder@goldbergcohen.com; Donald Rhoads, Esq. drhoads@rhoadslegal.com; client; file