UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEST BRANDS CONSUMER PRODUCTS INC., and<br><br>BEST BRANDS SALES COMPANY, LLC,<br><br>    Plaintiffs and<br>    Counter-Defendants,<br><br>--------- vs. --------<br><br>KITCHINVENTIONS, LLC,<br><br>    Defendant,<br>    Counter-Plaintiff, and<br>    Third Party Plaintiff,<br><br>--------- vs. ---------<br><br>WALMART INC.,<br><br>    Third Party Defendant. | Civil Action No. 21-cv-20023 (EP)<br><br>***Document electronically filed***<br><br><br>**NOTICE OF MOTION** |

**TO:**  Lee A. Goldberg, Esq.
       Morris E. Cohen, Esq.
       **GOLDBERG COHEN LLP**
       1350 Avenue of the Americas, 3rd Floor
       New York, New York 10019
       (646) 380-2087 (telephone)
       (646) 514-2123 (fax)
       LGoldberg@GoldbergCohen.com
       MCohen@GoldbergCohen.com

*Attorneys for Plaintiffs Best Brands Consumer Products Inc. and Best Brands*

**PLEASE TAKE NOTICE** that on October 2, 2023, or as soon thereafter as counsel may be heard, Company Counsel, LLC and Klema Law, PL, attorneys for

defendant and counter-plaintiff Kitchinventions, LLC, shall move before the Court, in the United States District Court for the District of New Jersey, Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for an order to dismiss plaintiffs Best Brands Consumer Products, LLC and Best Brands Sales Company, Inc.'s Second Amended Complaint [ECF 84 and 85] pursuant to Federal Rule of Civil Procedure 8, 9(b), 12(b)(1), and 12(b)(6), and to strike pursuant to Rule 12(f).

**PLEASE TAKE FURTHER NOTICE** that the motion was administratively terminated without prejudice. [ECF 124 at 2]. The Court subsequently provided Kitchinventions leave to reinstate the motion upon an impasse at mediation. Id. The mediation did not settle this case, [ECF 131], and therefore leave was automatically provided to file this notice. Further explicit leave was provided. [ECF 134].

**PLEASE TAKE FURTHER NOTICE** that a copy of the proposed order was previously filed. [ECF 100-2].

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, defendant Kitchinventions, LLC shall rely on its previously filed memorandum of law and exhibits thereto [ECF 100-1], reply [ECF 114], and all other pleadings and memoranda on file in this matter. Briefing on the motion is complete, with Best Brands having filed an opposition to the motion. [ECF 109].

Dated: September 15, 2023

  /s/ Linda Alle-Murphy_____
Linda Alle-Murphy, Esq.
New Jersey Bar No. 024662012
**COMPANY COUNSEL, LLC**
Two Bala Plaza, Suite 300
Bala Cynwyd, PA 19004
484-325-5660 (telephone)
484-325-5651 (facsimile)
LAlle-Murphy@CompanyCounsel.Law

Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Pro hac vice* pending
*Attorneys for Defendant*